CHARLES ROPER *et al.* v. MARY C. FERRIS.

NEW TRIAL—*Overruling Motion—Assignment of Error.* Assignments of error alleged to have occurred on the trial cannot be considered in the supreme court, unless the overruling of the motion for a new trial is assigned as error. (*Landauer v. Hoagland,* 41 Kas. 520, followed.)

*Error from Washington District Court.*

THE opinion states the case.

*Joseph G. Lowe,* for plaintiffs in error.
*Omar Powell,* for defendant in error.

Opinion by GREEN, C.: The plaintiffs in error in this case ask a reversal of the judgment of the district court of Washington county, upon seven assignments of error, all of which, as is alleged, occurred during the trial; but the overruling of the motion for a new trial is not assigned as error.   This is necessary to have such assignments of error considered in this court. (*Landauer v. Hoagland*, 41 Kas. 520; *Clark v. Schnur*, 40 id. 72; *Carson v. Funk*, 27 id. 524.)

The judgment of the district court should be affirmed.

By the Court: It is so ordered.

All the Justices concurring.